UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN I. MENDEZ,<br><br>          Plaintiff,<br><br>    vs.<br><br>EX ENOLOR, et al.,<br><br>          Defendants. | Case No. CV 11-4483-JFW (DTB)<br><br>ORDER TO SHOW CAUSE |

On September 6, 2011, the Court issued an Order Dismissing Complaint With Leave to Amend. Plaintiff's First Amended Complaint was due on or before October 14, 2011. Plaintiff has failed to file his First Amended Complaint within the allotted time nor has he requested an extension of time within which to do so. The Court notes that in its Order dismissing plaintiff's Complaint, plaintiff was admonished that if he failed to timely file a First Amended Complaint, the Court would recommend that this action be dismissed with prejudice on the grounds set forth in the dismissal order and for failure to diligently prosecute. (See Order Dismissing Complaint With Leave to Amend at 5.)

Accordingly, on or before **November 18, 2011**, petitioner is ORDERED to either (a) show good cause in writing, if any exists, why plaintiff did not timely

file with the Court his First Amended Complaint, and why the Court should not recommend that this action be dismissed, with prejudice, for failure to prosecute and failure to comply with the Court's prior Order; or (b) serve and file a First Amended Complaint. Plaintiff is forewarned that, if he fails to do either, the Court may deem such failure a further violation of a Court order justifying dismissal, and also deem such failure as further evidence of a lack of prosecution on plaintiff's part.

DATED: November 1, 2011

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE