JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN I. MENDEZ,<br><br>   Plaintiff,<br><br>  vs.<br><br>EX ENOLOR, et al.,<br><br>   Defendants. | Case No. CV 11-4483-JFW (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Summarily Dismissing Action,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: March 5, 2012

           JOHN F. WALTER
          UNITED STATES DISTRICT JUDGE

1